JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDDIE J. LYONS, et al., | Case No. CV 18-2834 FMO (ROAx) |
| Plaintiffs, | |
| v. | **JUDGMENT** |
| WELLS FARGO BANK, N.A., et al., | |
| Defendants. | |

Pursuant to the Court's Order Granting Motion to Dismiss, filed contemporaneously with the filing of this Judgment, and the reasons set forth on the record on June 21, 2018, IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

Dated this 19th day of July, 2018.

                                                                        /s/
                                                  Fernando M. Olguin
                                            United States District Judge